UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *LaShawn J. Fields, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12777-DRH |
| *Terry Iley v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10284-DRH |
| *Natalie Mazzullo, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12256-DRH |
| *Stacia Mellendorf v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10332-DRH |
| *Candice N. Oleson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13707-DRH |
| *Barbara Pangan v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10292-DRH |
| *Carol J. Paxhia, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10906-DRH |
| *Delicia M. Potter v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12725-DRH |
| *Anna Pyles v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12257-DRH |
| *Gerri Raatz, et al. v. Bayer Corporation, et al.* | No. 09-cv-10232-DRH |
| *Carly Robbins v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11601-DRH |
| *Kristie Robinson v. Bayer Corporation, et al.* | No. 10-cv-10049-DRH |
| *Elizabeth J. Rosencrantz v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-11116-DRH |

| | |
|---|---|
| *Kelli J. Sartor, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11715-DRH |
| *Hillary Shreffler v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-13548-DRH |
| *Kim Sinclair v. Bayer Corporation, et al.* | No. 09-cv-10222-DRH |
| *Crystal Smith, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10906-DRH |
| *Sandra C. Smith, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10467-DRH |
| *Susan Sperling v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10581-DRH |
| *Stephanie B. Stewart, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12775-DRH |
| *Tamra L. Tefft, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-10896-DRH |
| *Jill Tjaden, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12377-DRH |
| *Joanna Walters v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-12376-DRH |
| *Gloria Warren v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10335-DRH |
| *Nakisha L. Washington v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12776-DRH |
| *Tsvetana P. Valkov, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-12774-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 25, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
   **Deputy Clerk**

**Dated:**  June 26, 2014

Digitally signed by David R. Herndon
Date: 2014.06.26 10:33:29 -05'00'

**APPROVED:**
   **CHIEF JUDGE**
   **U. S. DISTRICT COURT**